UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TAMMY BELINDA GODMAN,
     Plaintiff,

v.                                  Case No.: 3:23cv11781/MCR/ZCB

BRIAN WESTLEY CORLEW, et al.,
     Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff, proceeding *pro se*, commenced this action by filing a complaint on May 25, 2023. (Doc. 1). On May 31, 2023, the Court entered an order striking Plaintiff's complaint as an impermissible shotgun pleading and ordering Plaintiff to file an amended complaint on the proper Court-approved form by June 21, 2023. (Doc. 5). The Court notified Plaintiff that his failure to comply with the order would result in a recommendation of dismissal of this case. (*Id.* at 7). On June 23, 2023, the Court granted Plaintiff's motion for an extension of time and extended Plaintiff's deadline to file an amended complaint to July 14, 2023. (Doc. 11).

Plaintiff did not file an amended complaint by the deadline. Therefore, on July 25, 2023, the Court issued an order giving Plaintiff twenty-one days to show cause why this case should not be dismissed for his failure to comply with a Court order. (Doc. 12). The Court notified Plaintiff that his failure to show cause would

1

result in a recommendation of dismissal of this case. (*Id.*). The deadline for compliance with the show cause order has passed, and Plaintiff has not responded.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the Court. *See* N.D. Fla. Loc. R. 41.1 (authorizing dismissal if a "party fails to comply with an applicable rule or a court order").

At Pensacola, Florida, this 18th day of August 2023.

/s/ *Zachary C. Bolitho*

Zachary C. Bolitho
United States Magistrate Judge

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**